1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10                             WESTERN DIVISION

11   JAMES E. MONTGOMERY,                )
                                         )
12                    Plaintiff,         )        No. CV 13-7905 MMM (AJW)
                                         )
13           v.                          )
                                         )
14   CAROLYN W. COLVIN,                  )
     Acting Commissioner of Social Security,  )
15                                       )        ORDER ACCEPTING REPORT
                      Defendants.        )        AND RECOMMENDATION OF
16   _____)        MAGISTRATE JUDGE

17
18          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation

19   of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court

20   accepts the findings and recommendations contained in the Report after having made a de novo

     determination of the portions to which objections were directed.
21
22          IT IS SO ORDERED.

23
24   DATED: September 7, 2015

25                                                _____
                                                  MARGARET M. MORROW
26                                                United States District Judge

27
28