UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES E. MONTGOMERY, | )<br>) |
| Plaintiffs, | ) No. CV 13-7905 MMM (AJW)<br>) |
| v. | )<br>) |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | ) **J U D G M E N T**<br>)<br>) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed in part** and **reversed in part and remanded,** consistent with the Report and Recommendation.

DATED: September 7, 2015

_____
MARGARET M. MORROW
United States District Judge